

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00304-CV

EX PARTE D.K.

§   On Appeal from the 213th District Court

§   of Tarrant County (D213-E-16934-20)

§   July 29, 2021

§   Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the order of the trial court is affirmed in part and reversed in part. We affirm the trial court's expunction order except with respect to its failure to hold a hearing on the unchallenged request that Local News Only be included in the expunction order. We reverse and remand for the trial court to hold a hearing solely to determine whether Local News Only qualifies as an agency that should be added to the expunction order and, if so, to enter an amended expunction order.

It is further ordered that Appellant, D.K., and Appellee, the State of Texas, shall split all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
        Justice Dabney Bassel